SEKI, NISHIMURA & WATASE, LLP
GILBERT M. NISHIMURA (SBN 57905)
gnishimura@snw-law.com
JANET L. KEUPER (SBN 128417)
605 W. Olympic Boulevard, Suite 900
Los Angeles, California 90015
Tel.: (213) 481- 2869 | Fax: (213) 481-2871

E-FILED 5/6/14

JS-6

Attorneys for Defendants Los Angeles County Sheriff's Department and Deputy Michael Tadrous

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| H.K., a minor, by and through her Guardian Ad Litem, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF RIVERSIDE, a municipal, et al., <br><br> Defendants. | Case No.: ED CV12-01600-PSG (SPx) <br><br> [PROPOSED] ORDER RE DIMSISSAL <br><br> COMPLAINT FILED: Sept. 24, 2012 |

GOOD CAUSE APPEARING THEREFOR, IT IS ORDERED that Plaintiff's Complaint as to Defendants LOS ANGELES COUNTY SHERIFF'S DEPARTMENT and DEPUTY MICHAEL TADROUS be dismissed forthwith, with prejudice, each party to bear its own costs and attorneys' fees. This concludes all matters related to Plaintiff's subject Complaint filed on September 24, 2012.

Dated: 5/6/14 _____

PHILIP S. GUTIERREZ
_____
HON. PHILLIP S. GUTIERREZ
United States District Judge